UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOSEPH ALVAREZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>PATRICK EATON, et al.,<br><br>   Defendants. | 1:20-cv-01622-DAD- GSA (PC)<br><br>ORDER RE PLAINTIFF'S REQUEST (ECF No. 13.) |

Matthew Joseph Alvarez ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 16, 2020. (ECF No. 1.)

On March 24, 2021, the Court issued a screening order dismissing the Complaint for violation of Rule 8 of the Federal Rules of Civil Procedure, with leave to amend. (ECF No. 8.) On May 3, 2021, Plaintiff filed the First Amended Complaint. (ECF No. 11.) On March 9, 2022, Plaintiff filed a request for timely screening of his First Amended Complaint. (ECF No. 13.)

The court ordinarily screens complaints in the order in which they are filed with the court, which strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the court, hence delays are inevitable despite the court's best efforts. Plaintiff's First Amended Complaint will be screened in due course.

Based on the foregoing, Plaintiff's request, filed on March 9, 2022, is RESOLVED.

IT IS SO ORDERED.

   Dated:  **May 9, 2022**              **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE