**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JOSEPH ALVAREZ, | No. 1:20-cv-01622 JLT FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| EATON, *et al.*, | |
| Defendants. | (Doc. 26) |

Matthew Joseph Alvarez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On May 5, 2026, the assigned Magistrate Judge screened Plaintiff's third amended complaint, filed March 9, 2026, and found that Plaintiff stated cognizable claims against: (1) Defendants Klein and Smith for retaliation in violation of the First Amendment; (2) Defendant Klein for withholding Plaintiff's mail in violation of the Due Process Clause of the Fourteenth Amendment; and (3) Defendant Smith for violation of the Bane Act. (Doc. 26.) The Magistrate Judge further recommended that all other claims and defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (*Id.*) On May 26, 2026, Plaintiff timely filed objections to the findings and recommendations. (Doc 27.)

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court

1

concludes the findings and recommendations are supported by the record and by proper analysis.

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on May 5, 2026, (Doc. 26), are **ADOPTED IN FULL**.

2. This action shall proceed on Plaintiff's third amended complaint, filed March 9, 2026, (Doc. 23), against:

   a. Defendants Klein and Smith for retaliation in violation of the First Amendment;

   b. Defendant Klein for withholding Plaintiff's mail in violation of the Due Process Clause of the Fourteenth Amendment; and

   c. Defendant Smith for violation of the Bane Act.

3. All other claims and defendants are **DISMISSED** from this action for failure to state claims upon which relief may be granted.

4. This action is referred to the Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **May 29, 2026**

UNITED STATES DISTRICT JUDGE