UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOSEPH ALVAREZ, | Case No. 1:20-cv-01622-JLT-FJS (PC) |
| Plaintiff, | ORDER TO RECAPTION CASE |
| v. | |
| B. KLEIN and P.J. SMITH, | |
| Defendants. | |

This action now proceeds only against Defendants Klein and Smith. (ECF No. 28.) Therefore, the caption should reflect that this action no longer proceeds against any other defendants. Accordingly, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated:   **June 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE