UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOSEPH ALVAREZ,<br>Plaintiff,<br>v.<br>KLEIN, *et al.*,<br>Defendants. | Case No. 1:20-cv-01622-JLT-FJS (PC)<br><br>ORDER GRANTING REQUEST TO OPT OUT OF POST-SCREENING ALTERNATIVE DISPUTE RESOLUTION (ECF No. 36)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING DECEMBER 3, 2026, SETTLEMENT CONFERENCE (ECF No. 35)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER AND CONSENT/DECLINE FORM |

Plaintiff Matthew Joseph Alvarez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's third amended complaint against: (1) Defendants Klein and Smith for retaliation in violation of the First Amendment; (2) Defendant Klein for withholding Plaintiff's mail in violation of the Due Process Clause of the Fourteenth Amendment; and (3) Defendant Smith for violation of the Bane Act.

On August 11, 2026, the court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 35.)

The court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

On September 1, 2026, Defendants filed a notice to opt-out and request to vacate settlement conference. (ECF No. 36.) After conducting a preliminary investigation of Plaintiff's claims and consulting with her clients and supervisor, defense counsel and Defendants believe that procedural and merits-based defenses are available, which, if granted, would resolve this case. Defendants do not believe a settlement conference will be productive at this time and requests to opt out of the post-screening ADR project and lift the stay of the case. (*Id.*) Therefore, the stay is lifted, and the December 3, 2026, settlement conference is vacated. This case is now ready to proceed.

If the parties wish to set a settlement conference with the court at a later date, they should so inform the court. The parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of early alternative dispute resolution program and settlement conference, (ECF No. 36), is GRANTED;
2. The stay of this action, (ECF No. 35), is LIFTED;
3. The December 3, 2026, settlement conference is VACATED;
4. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order and a consent/decline form to the parties; and
5. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated: **September 2, 2026**

UNITED STATES MAGISTRATE JUDGE